**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-40094

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

VICTOR MANUEL GUTIERREZ,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
(L-97-CR-308-1)

February 8, 1999

Before GARWOOD, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs and argument of counsel, we agree with the district court for essentially the reasons stated in its November 11, 1997 order that the officer had reasonable suspicion to stop appellant's vehicle. Accordingly, the judgment of conviction is

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.